# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0818
_____

BOOKER FLOWERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Stephen S. Everett, Judge.

December 17, 2025

PER CURIAM.

Appellant raises two issues on direct appeal from his judgment and sentence. We affirm as to the first issue without comment.

We also affirm as to the second issue, in which he argues that he must be resentenced without a prison releasee reoffender enhancement because the judge rather than the jury made the underlying findings of fact establishing he was subject to the enhancement. This argument is meritless because any error was harmless. *See Sheffield v. State*, No.1D2024-1587, 2025 WL 3288602, at *1 (Fla. 1st DCA Nov. 26, 2025) (affirming PRR sentence without deciding the impact, if any, of *Erlinger v. United States*, 602 U.S. 821 (2024), because any error was harmless);

*Hicks v. State*, No. 1D2024-1300, 2025 WL 2921590 (Fla. 1st DCA Oct. 15, 2025) (same); *Alonso v. State*, 415 So. 3d 826, 827 (Fla. 2d DCA 2025) (same); *Ashford v. State*, 407 So. 3d 537, 537 (Fla. 5th DCA 2025) (same).

AFFIRMED.

BILBREY, KELSEY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Ross Scott Haine, II, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Miranda Lee Butson, Assistant Attorney General, Tallahassee, for Appellee.